PROB 12C
(6/16)

Report Date: November 4, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Lane Wyman                                   Case Number: 0980 2:99CR02009-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: April 13, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: March 12, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/24/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law<br><br>**Supporting Evidence**: It is alleged that Mr. Wyman violated his conditions of supervised release by possessing methamphetamine on or about November 3, 2021.<br><br>On April 16, 2021, a U.S. probation officer reviewed Mr. Wyman's conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision, including mandatory condition number 2.<br><br>On November 2, 2021, Mr. Wyman released from the Spokane County Jail and entered into inpatient treatment at Pioneer Center East (PCE). On November 3, 2021, staff at PCE called the undersigned officer about Mr. Wyman's behavior. That same day, Mr. Wyman claimed to have medical issues and was allowed to go to the hospital. When staff picked up Mr. Wyman he was exhibiting odd behavior, which alerted PCE staff. Mr. Wyman told staff that |

his urinalysis "would be positive." Staff asked if Mr. Wyman had any drugs on him and Mr. Wyman admitted to having methamphetamine in his rectum. The methamphetamine was retrieved by PCE staff and destroyed. Staff decided to allow Mr. Wyman to continue his inpatient treatment program because he was honest.

On November 4, 2021, the undersigned officer spoke with Mr. Wyman and he admitted to possessing methamphetamine

6     **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: It is alleged that Mr. Wyman violated his conditions of supervised release by using methamphetamine on or about November 3, 2021.

On April 16, 2021, a U.S. probation officer reviewed Mr. Wyman's conditions of supervision with him. He signed his judgment acknowledging an understanding of his conditions of supervision, including mandatory condition number 3.

As noted in violation 5 mentioned above, Mr. Wyman returned from a medical appointment and admitted to having methamphetamine in his rectum. Mr. Wyman also admitted to consuming methamphetamine and stated if a urinalysis was collected, he would be positive.

On November 4, 2021, the undersigned officer spoke with Mr. Wyman, and he admitted to using methamphetamine the day prior, November 3, 2021. Mr. Wyman's counselor, who was also present for our conversation, indicated a urinalysis had been collected and was presumptive positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/04/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Wyman, Lane
November 4, 2021
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

11/5/2021
Date