PROB 12C
(6/16)

Report Date: March 4, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lane Wyman         Case Number: 0980 2:99CR02009-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Revocation Sentence:<br>(February 3, 2022) | Prison - Time Served (39 days)<br>TSR - Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: February 3, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: March 12, 2026 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by consuming methamphetamine on or around February 25, 2022.<br><br>On February 4, 2022, Mr. Wyman and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.<br><br>On February 25, 2022, Mr. Wyman reported to the probation office at the direction of the undersigned officer for a random urinalysis test. The test was presumptive positive for |

Prob12C
Re: Wyman, Lane
March 4, 2022
Page 2

      methamphetamine, which he initially denied using. The urine sample was sent to the national lab for further testing. Also on February 25, 2022, Mr. Wyman submitted to urinalysis testing at Spokane Addiction and Recovery Center (SPARC) and that urinalysis test returned from the lab positive for methamphetamine.

      On February 28, 2022, the undersigned visited Mr. Wyman at his residence. He advised the undersigned officer that he did in fact consume methamphetamine a few days prior to submitting the urinalysis test on February 25, 2022.

2      **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

      **Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by failing to attend 18 classes at Spokane Addiction and Recovery Center (SPARC) throughout February 2022.

      On February 4, 2022, Mr. Wyman and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

      On March 3, 2022, the undersigned officer received a monthly treatment report from SPARC for the month of February 2022, highlighting that Mr. Wyman was not in compliance with his substance abuse treatment program. Furthermore, it stated that Mr. Wyman had 18 unexcused absences from substance abuse treatment.

3      **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

      **Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by consuming alcohol on or around February 18, 2022.

      On February 4, 2022, Mr. Wyman and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

      On February 24, 2022, the undersigned officer and Mr. Wyman had a phone conversation about concerns this officer had with his compliance with his conditions of supervision. Mr. Wyman did admit to consuming alcohol on or around February 18, 2022. He reported to the probation office on February 25, 2022, and signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 4, 2022

Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/4/2022

Date