PROB 12C
(6/16)

Report Date: April 19, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lane Wyman          Case Number: 0980 2:99CR02009-SAB-1

Address of Offende

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Revocation Sentence:<br>(February 3, 2022) | Prison - Time Served (39 days)<br>TSR - Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: February 3, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 12, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On February 4, 2022, Mr. Wyman and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by consuming methamphetamine on or around April 13, 2022. |

Prob12C
Re: Wyman, Lane
April 19, 2022
Page 2

On April 14, 2022, Mr. Wyman reported to the probation office as directed to submit to random urinalysis testing. He admitted to using methamphetamine on or around April 13, 2022, and signed an admission form.

2   **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to uranalysis testing and sweat patch testing, as directed by the supervising office, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged Mr. Wyman violated his conditions of supervised release by failing to appear for urinalysis testing as directed on April 12, 2022.

On April 12, 2022, the color for random urinalysis testing was gold 3, Mr. Wyman's assigned color for random urinalysis testing at Pioneer Human Services. Mr. Wyman failed to appear as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 19, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Stanley A. Bastian

Signature of Judicial Officer

4/19/2022

Date