PROB 12C  
(6/16)

Report Date: May 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

May 12, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lane Wyman | Case Number: 0980 2:99CR02009-SAB-1 |
| Address of Offender | |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Revocation Sentence:<br>(February 3, 2022) | Prison - Time Served (39 days)<br>TSR - Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: February 3, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 12, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/19/2022.

On February 4, 2022, Mr. Wyman and the undersigned officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Wyman, Lane
May 10, 2022
Page 2

| | |
|---|---|
| | **Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by being unsuccessfully discharged from substance abuse treatment at Spokane Addiction and Recovery Center (SPARC) on or around May 4, 2022. |
| | On May 6, 2022, the undersigned officer was notified that Mr. Wyman was being unsuccessfully discharged from substance abuse treatment at SPARC due to several unexcused absences and lack of engagement. He has not been in substance abuse services since April 15, 2022. |
| 4 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence:** It is alleged Mr. Wyman is in violation of his conditions of supervised release by failing to disclose his new living arrangements to the undersigned officer since approximately April 16, 2022. |
| | On April 19, 2022, the undersigned officer spoke with Revive Counseling who disclosed Mr. Wyman last stayed at the residence on or around April 16, 2022. |
| | On May 10, 2022, the undersigned officer reached out to Revive Counseling again. Staff disclosed Mr. Wyman has continued not to reside at the residence; however, he did return to the residence and packed up his belongings and left. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 10, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Wyman, Lane
May 10, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

5/12/2022
Date