PROB 12C
(6/16)

Report Date: September 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lane Wyman                     Case Number: 0980 2:99CR02009-SAB-1

Address of Offender: ███████████████  Entiat, Washington 98822

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (April 9, 2021) | Prison - Time Served (21 days) TSR - 59 months | |
| Revocation Sentence: (February 3, 2022) | Prison - Time Served (39 days) TSR - Expires March 12, 2026 | |
| Revocation Sentence: (July 29, 2022) | Prison - Time Served (73 days) TSR - Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 29, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: March 12, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On August 10, 2022, Mr. Wyman and this officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substance. |
| | **Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by consuming a controlled substance, methamphetamine, on or about September 3, 2022. |

Prob12C
Re: Wyman, Lane
September 6, 2022
Page 2

On September 3, 2022, Mr. Wyman sent this officer a text message and reported he self-medicated that same day in response to a difficult and stressful situation. He explained he decided to use a controlled substance instead of reacting with violence as he has done in the past. On September 6, 2022, Mr. Wyman called this officer as directed and re-stated he consumed methamphetamine on September 3, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 6, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

9/9/2022

Date