PROB 12C
(6/16)

Report Date: November 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lane Wyman                                    Case Number: 0980 2:99CR02009-SAB-1

Address of Offender: ███████████████  Entiat, Washington 98822

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Revocation Sentence:<br>(February 3, 2022) | Prison - Time Served (39 days)<br>TSR - Expires March 12, 2026 | |
| Revocation Sentence:<br>(July 29, 2022) | Prison - Time Served (73 days)<br>TSR- Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 29, 2022 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: March 12, 2026 |

### PETITIONING THE COURT

To incorporate the alleged violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/06/2022.

On August 10, 2022, Mr. Wyman and this officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #5**: You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by consuming controlled substances, methamphetamine and marijuana, on or about November 7 and 14, 2022. |

Prob12C
Re: Wyman, Lane
November 16, 2022
Page 2

On November 15, 2022, this officer spoke with staff at The Center for Alcohol and Drug Treatment. Staff reported Mr. Wyman provided a drug test on November 7, 2022, that was sent to the laboratory for testing. On November 15, 2022, the drug test returned positive for methamphetamine and marijuana.

After learning about the positive drug test, this officer spoke with Mr. Wyman on the telephone. Mr. Wyman admitted to using methamphetamine and marijuana on November 7 and 14, 2022.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation with the violation reported to the Court on September 6, 2022. Mr. Wyman is scheduled to appear before the Court on a supervised release revocation hearing on November 16, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 16, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other - This was handled at the hearing on 11/16/2022

Signature of Judicial Officer

11/16/2022
Date