PROB 12C
(6/16)

Report Date: December 21, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lane Wyman              Case Number: 0980 2:99CR02009-SAB-1

Address of Offender: ███████████ Entiat, Washington 98822

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Revocation Sentence:<br>(February 3, 2022) | Prison - Time Served (39 days)<br>TSR - Expires March 12, 2026 | |
| Revocation Sentence:<br>(July 29, 2022) | Prison - Time Served (73 days)<br>TSR- Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 29, 2022 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: March 12, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On August 10, 2022, Mr. Wyman and this officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider |

Prob12C
Re: Wyman, Lane
December 21, 2022
Page 2

**Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by being unsuccessfully discharged from inpatient treatment at The Center for Alcohol and Drug Treatment (The Center) on December 9, 2022.

On December 15, 2022, U.S. Probation received a discharge summary from The Center. According to the discharge summary, Mr. Wyman left inpatient treatment against the advise of his substance abuse counselor on December 9, 2022.

On December 15, 2022, Mr. Wyman sent this officer a text message stating he left inpatient treatment to help his girlfriend remove snow at her residence and he would return to inpatient treatment after Christmas.

This officer attempted to contact Mr. Wyman on December 19, and 21, 2022, on his cellular telephone and all calls and text messages have gone unanswered. To be noted, Mr. Wyman's current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 21, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/27/2022
Date