PROB 12C
(6/16)

Report Date: December 30, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lane Wyman                                    Case Number: 0980 2:99CR02009-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Entiat, Washington 98822

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 31, 1999

| | | |
|---|---|---|
| Original Offense: | Second Degree Murder, 18 U.S.C. § 1111 | |
| Original Sentence: | Prison - 262 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 9, 2021) | Prison - Time Served (21 days)<br>TSR - 59 months | |
| Revocation Sentence:<br>(February 3, 2022) | Prison - Time Served (39 days)<br>TSR - Expires March 12, 2026 | |
| Revocation Sentence:<br>(July 29, 2022) | Prison - Time Served (73 days)<br>TSR - Expires March 12, 2026 | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 29, 2022 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: March 12, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on December 21, 2022.

On August 10, 2022, Mr. Wyman and this officer reviewed his conditions of supervision. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #8**: You must not enter Yakima, Washington without the prior approval from the supervising officer.<br><br>**Supporting Evidence**: It is alleged Mr. Wyman is in violation of his conditions of supervised release by traveling to Yakima, on or before December 21, 2022, without prior approval from U.S. Probation. |

Prob12C
Re: Wyman, Lane
December 30, 2022
Page 2

On December 21, 2022, at 7:25 p.m. Mr. Wyman sent a text message to this officer. Mr. Wyman stated he was visiting with his mom and he hoped it was okay. Mr. Wyman did not receive permission to travel to Yakima, and this officer was unaware of his whereabouts until he sent this officer a text message.

3  **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Wyman is considered in violation of his conditions of supervised release by allegedly committing Assault in the Second Degree Domestic Violence, in violation of Revised Code of Washington (RCW) 9A.36.021, on or about December 20, 2022.

See violation #4 for supporting evidence.

4  **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Wyman is considered in violation of his conditions of supervised release by allegedly Interfering with the Reporting of Domestic Violence, in violation of RCW 9A.36.150, on or about December 20, 2022.

A summary of the Chelan County Sheriff's Office (CCSO) incident report 22C13775, reflects that on December 20, 2022, CCSO conducted a welfare check at 2477 Larsen Lane in Entiat, Washington, after receiving information that Mr. Wyman's girlfriend (A.W.) was the victim of an assault.

When CCSO contacted A.W. they observed she had severe bruising around both of her eyes and her left eye appeared to be completely red. The normal white portion surrounding the pupil of her left eye was solid red, consistent with pooling of blood often caused by trauma to the eye. Her left eye was swollen to the point where she could not open it completely. She also had bruising and scrapes on her forehead and nose.

A.W. identified Mr. Wyman as her boyfriend and went on to explain that Mr. Wyman has mental health issues and can get extremely angry/violent out of nowhere. A.W. and Mr. Wyman got into an argument and Mr. Wyman became irritated with her. During the argument A.W. went to the bathroom and was sitting on the toilet when Mr. Wyman hit her with a flashlight several times in the face; the blood on the sweatshirt and pants she was wearing was from the bloody nose she sustained when he hit her.

A.W. retrieved the flashlight with which Mr. Wyman hit her in the face, and showed it to CCSO. The flashlight was made by Duracell and was similar to the size of a D-Cell Maglite. The flashlight was approximately 12 to 15 inches long, made of a heavy metal, and was solid. CCSO took photos of the flashlight, her injuries, and her clothing.

The flashlight that was used to strike A.W. in the face, is similar in size and shape to a baton-like object. In CCSO's experience, strikes to a person's head with a baton could be considered deadly force. The strikes Mr. Wyman delivered to A.W.'s face with the flashlight of a solid and heavy metal could have easily resulted in serious injury or death.

Prob12C
Re: Wyman, Lane
December 30, 2022
Page 3

      After Mr. Wyman hit A.W. with the flashlight, he took her cell phone and told her she could not contact anybody including the police. When Mr. Wyman took her cell phone he denied her the ability to call 911.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 30, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

12/30/2022
Date